■ In the Matter of NEW YORK CENTRAL RAILROAD COMPANY, Appellant, v. EUGENE J. DONNELLY et al., as Assessors of the City of Buffalo, Respondents. — Order unanimously affirmed, with $25 costs and disbursements. (Appeal by petitioner from order of Erie Special Term denying a motion of petitioner to

strike out as sham the denials by respondents with respect to the equalization rate for City of Buffalo.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.